220 F.2d 753
 CHICAGO, ROCK ISLAND & PACIFIC RAILROAD COMPANY, a Corporation, Appellant,
v.
Ramon GALLARDO.
 No. 15256.
 United States Court of Appeals Eighth Circuit.
 March 11, 1955.
 
 Appeal from the United States District Court for the District of Minnesota.
 Sullivan, Stringer, Donnelly & Sharood, St. Paul, Minn., for appellant.
 William A. Cole, Minneapolis, Minn., for appellee.
 PER CURIAM.
 
 
 1
 Appeal from District Court dismissed without costs to either party in this Court, on stipulation of parties.